| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Block, Frederic | 2. Court or Organization U.S. District Court | 3. Date of Report 4/19/04 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address 225 Cadman Plaza E. Eastern District Court of N.Y. Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Frederic Block, P.C. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 4 10 56 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Block, Frederic | 4/19/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2003 | NEW YORK TEACHERS' RETIREMENT |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE. - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCK | | | | | | | | | |
| 2. ALLIED CAPITAL CORP. | B | Dividend | K | T | | | | | |
| 3. FLEETBOSTON FINL CORP. | A | Dividend | K | T | sell | 01/14 | K | D | |
| 4. DNP SELECT INCOME FD INC. | B | Dividend | K | T | | | | | |
| 5. DOW CHEMICAL | A | Dividend | K | T | buy | 01/14 | K | | |
| 6. DOW CHEMICAL (1) | A | Dividend | K | T | buy | 01/14 | K | | |
| 7. NORTHFORK BANCORP (1) | A | Dividend | J | T | | | | | |
| 8. PRUDENTIAL FINANCIAL INC. | A | Dividend | K | T | buy | 01/02 | K | | |
| 9. GENERAL ELECTRIC (1) | A | Dividend | J | T | | | | | |
| 10. CHEVRON CORP.(1) | A | Dividend | J | T | | | | | |
| 11. USA EDUCATION INC.(2) | | None | J | T | abandoned | 01/02 | J | | |
| 12. HOME DEPOT | A | Dividend | J | T | | | | | |
| 13. ALLIED CAPITAL CORP(1) | B | Dividend | K | T | | | | | |
| 14. FLEETBOSTON FINL. CORP.(1) | A | Dividend | K | T | sell | 01/14 | K | D | |
| 15. DNP SELECT INCOME FD INC.(1) | B | Dividend | K | T | | | | | |
| 16. WAL-MART STORES | A | Dividend | J | T | | | | | |
| 17. PROCTOR & GAMBLE | A | Dividend | K | T | | | | | |
| 18. EXXON MOBIL CORP. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MICROSOFT CORP. | A | Dividend | K | T | | | | | |
| 20. NORTH FORK BANCORP. | A | Dividend | J | T | | | | | |
| 21. MUTUAL FUNDS | | | | | | | | | |
| 22. BLACKROCK INCM TR INC.(1) | B | Dividend | K | T | | | | | |
| 23. VAN KMPN SENIOR TR(1) | B | Dividend | K | T | | | | | |
| 24. BLACKROCK INCM TR INC. | B | Dividend | K | T | | | | | |
| 25. BLACKROCK NY MN I TR SBI | C | Dividend | L | T | | | | | |
| 26. VAN KMPN SENIOR INCM TR | B | Dividend | K | T | | | | | |
| 27. CORPORATE BONDS | | | | | | | | | |
| 28. ACE LIMITED DEP SHR REP 1/10 CUM RED 7.8% SER C(1) | A | Interest | J | T | buy | 05/07 | J | | |
| 29. KIMCO REALTY CORP. DEP SHR REP 1/10 CUM RD 6.65% PFD SHR(1) | A | Interest | J | T | buy | 05/07 | J | | |
| 30. SO.CA.EDISON 7.25 3/26 | A | Interest | J | T | | | | | |
| 31. CITIGROUP CAPITAL VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | B | Interest | K | T | | | | | |
| 32. GENERAL MOTORS ACEP CORP.PUBLIC INC NOTES 7.35% 08/08/32 | B | Interest | K | T | | | | | |
| 33. GENERAL ELECTRIC CAPTL SENIOR NOTES PFD 5.875% 2/18/33 | B | Interest | K | T | buy | 04/01 | K | | |
| 34. GENERAL ELECTRIC CAPTL SENIOR NOTES PFD 5.875% 2/18/33 (1) | B | Interest | K | T | buy | 04/01 | K | | |
| 35. VIRGINIA POWER CAP TR II GTD TR PFD SECS 7.375% 07/30/42 | B | Dividend | K | T | | | | | |
| 36. CONAGARA CAPITAL LC ADJ RATE CUM 7.06% PFD SER. B | A | Dividend | K | T | sell | 03/28 | K | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. BGE CAPITAL TRUST I DEF INT TR 7.160% 6/30/38(1) | A | Interest | K | T | sell | 12/22 | K | A | |
| 38. PENN ELEC CAPITAL TRUST DEF INT TR 7.34% SET 01 2039(1) | B | Interest | K | T | | | | | |
| 39. CITIGP CAPITAL VIII DEF INT TRUST PFD STK 6.950% 09/15/31(1) | B | Interest | K | T | | | | | |
| 40. GENERAL MOTORS ACEP CORP. PUBLIC INC NTS 7.35% 08/08/32(1) | B | Interest | K | T | | | | | |
| 41. VIRGINIA POWER CAP TR II GTD TR PFD SECS 7.375% 07/30/42(1) | B | Dividend | K | T | | | | | |
| 42. CONAGARA CAPITAL LC ADJ RT CUM 7.06% PFD SR B(1) | A | Dividend | K | T | sell | 03/28 | K | A | |
| 43. MUNICIPAL BONDS | | | | | | | | | |
| 44. METRO TRANSIT 5.75 7/13 | A | Interest | J | T | | | | | |
| 45. NYC IND DEV 6.0 1/15 | B | Interest | K | T | | | | | |
| 46. NYC GO 6.00 5/15 | A | Interest | J | T | sell | 05/15 | J | | |
| 47. NYC GO 6.0 5/16 | A | Interest | J | T | sell | 05/15 | J | | |
| 48. NYC NY SER H 5.00 03/15/29(1) | A | Interest | J | T | | | | | |
| 49. NYS URBAN DEV. 5.375 01/01/25(1) | B | Interest | K | T | | | | | |
| 50. NYC GO SER A 6.25 8/19 | A | Interest | K | T | sell | 01/02 | K | | |
| 51. NYC GO SER E 6.00 5/16 | A | Interest | K | T | sell | 05/15 | K | | |
| 52. ANNUITIES | | | | | | | | | |
| 53. HARTFORD DIRECTOR(1) | | None | N | T | | | | | |
| 54. PRU DISC SELECT | | None | N | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MONEY MARKET | | | | | | | | | |
| 56. MERRILL LYNCH BANK USA(1) | A | Interest | L | T | | | | | |
| 57. MERRILL LYNCH BANK & TRUST(1) | A | Interest | J | T | | | | | |
| 58. MERRILL LYNCH BANK USA | A | Interest | J | T | | | | | |
| 59. MERRILL LYNCH BANK & TRUST | | None | J | T | | | | | |
| 60. ALGER CAPITAL APPRECIATION Cl.B (4) | | None | J | T | | | | | |
| 61. SELIGMAN COMM. & INF. FD CL A (4) | | None | J | T | | | | | |
| 62. IRA - F. BLOCK | | | | | | | | | |
| 63. COMMON STOCK | | | | | | | | | |
| 64. ALLIED CAPITAL CORP. NEW | B | Dividend | K | T | | | | | |
| 65. DOW CHEMICAL | A | Dividend | K | T | buy | 01/14 | K | | |
| 66. ENTERGY CORP. NEW | A | Dividend | K | T | buy | 12/03 | K | | |
| 67. FLEETBOSTON FINL CORP. | A | Dividend | K | T | sell | 01/17 | K | D | |
| 68. DNP SELECT INCOME FD INC. | B | Dividend | K | T | | | | | |
| 69. COHEN & STEERS PREMIUM RPF INCOME REALTY FD INC. | C | Dividend | L | T | | | | | |
| 70. ISHARES TRUST DOW JONES SELECT DIVID INDEX FD | | None | K | T | buy | 12/03 | K | | |
| 71. SOUTHERN CO. | B | Dividend | K | T | buy | 10/08 | K | | |
| 72. CORPORATE BONDS | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. ALABAMA POWER CO. CUM PERP & CALL PFD 5.2% | B | Interest | K | T | buy | 01/07 | K | | |
| 74. GEORGIA PWR CAP TRUST V DEF INT TR PFD 7.125% 03/31/42 | B | Interest | K | T | buy | 01/07 | K | | |
| 75. GENERAL ELECTRIC CAPTL. SENIOR NOTES PFD STK 5.875% 2/18/33 | B | Interest | K | T | buy | 04/01 | K | | |
| 76. MORGAN STANLEY CAP TR V DEF INT TR PFD 5.75% 7/15/33 | B | Interest | K | T | buy | 07/09 | K | | |
| 77. NEWSCORP OVERSEAS LTD PFR SHR PFD CUM GTD SER A 8.625% | B | Interest | K | T | buy | 02/26 | K | | |
| 78. AT&T CORP. BONDS | D | Interest | M | T | | | | | |
| 79. ENCANA CORP. PFD STK 9.5% | B | Interest | K | T | buy | 10/22 | K | | |
| 80. LEHMAN BROS CAP TRUST I DEF INT TR ORIG PFD 8.00% 03/31/48 | B | Interest | K | T | buy | 01/17 | K | | |
| 81. NM GENERAL MTRS ACCPT BE 11DEC02 15DEC05 | | None | K | T | | | | | |
| 82. HERTZ CORP. NOTES 7.4% 03/0111 | C | Interest | L | T | | | | | |
| 83. BEAR STEARNS CO. PRD STK 5.490% | C | Dividend | K | T | | | | | |
| 84. ESPIRITO SANTO OVS LTD. PRD NON CUM SR A 8.5% | A | Dividend | K | T | sell | 12/01 | K | | |
| 85. FREDDIE MAC PFD NON-CUM STOCK 5.00% | B | Dividend | K | T | | | | | |
| 86. HOUSEHOLD INTL INC. DEP SHR=1/40 SR2001-A 7.5% CUM PFD | A | Dividend | K | T | sell | 04/03 | K | | |
| 87. BGE CAPITAL TRUST I DEF INT TR ORIG PFD SECS | A | Interest | K | T | sell | 12/03 | K | A | |
| 88. INTL PAPER CAP TST III DEF INT QTR INC CAP SEC 7.875% 12/38 | B | Interest | K | T | | | | | |
| 89. SEARS ROEBUCK ACCEP CORP. SR NOTES 6.95% 10/23/38 | A | Interest | K | T | redeem | 10/23 | K | A | |
| 90. AETNA INC. SR NOTES 8.5% 08/31/41 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII.  INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.  PENN ELEC CAPITAL TR DEF INT RE ORIG PFD SECS 7.34% 09/01/39 | B | Interest | K | T | | | | | |
| 92.  ALBERTA ENERGY SR SUB PFD SECURITIES 9.5% 09/30/48 | A | Interest | K | T | sell | 01/08 | K | | |
| 93.  VIACOM INC SR RETAIL DEB 7.25% 06/30/51 | B | Interest | K | T | | | | | |
| 94.  CITIGROUP CAPITAL VIII DEF INT TR PFD STK 6.95% 09/15/31 | B | Interest | K | T | | | | | |
| 95.  WELLS FARGO TR VI TRUST PFD SEC 6.95% 04/15/32 | D | Interest | M | T | | | | | |
| 96.  GENERAL MOTORS ACEP CORP. PUBLIC INC NOTES 7.35% 08/08/32 | B | Interest | K | T | | | | | |
| 97.  VIRGINIA POWER CAP TR II GTD TR PFD SECS 7.375% 07/30/42 | B | Interest | K | T | | | | | |
| 98.  CONAGARA CAPITAL LC ADJ RATE CUM 7.06% PFD SER B | A | Dividend | K | T | sell | 04/02 | K | | |
| 99.  MUTUAL FUNDS | | | | | | | | | |
| 100.  BLACKROCK INCM TR INC. | B | Dividend | K | T | | | | | |
| 101.  EVERGREEN MANAGED INCOME FUND | B | Dividend | K | T | buy | 10/08 | K | | |
| 102.  HANCOCK JOHN INC. S T SBI | C | Dividend | K | T | | | | | |
| 103.  MFS GOVT MKTS INC. TR SBI | B | Dividend | K | T | | | | | |
| 104.  MFS INTER INCM TR SBI | B | Dividend | K | T | buy | 09/04 | K | | |
| 105.  VAN KMPN SENIOR INCM TR | B | Dividend | K | T | | | | | |
| 106.  MONEY MARKETS | | | | | | | | | |
| 107.  MERRILL LYNCH BANK USA RASP | A | Interest | K | T | | | | | |
| 108.  MISCELLANEOUS | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 4/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. BANK OF SMITHOWN | A | Interest | J | T | | | | | |
| 110. WASHINGTON MUTUAL | B | Interest | J | T | | | | | |
| 111. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | F. = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = 50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Block, Frederic | 4/19/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII- LINE 59 - Last year line 148, was a partial sell last year, not complete sell.

PART VII-LINE 60 - Last year line 149, was a partial sell last year not complete sell.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████

Date April 29, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544